UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00243

**Bobby Michael Dennis,**
*Plaintiff,*
v.
**Paul J. Mascot et al.,**
*Defendants.*

# ORDER

Plaintiff Bobby Dennis filed this action against defendants as a motion for summary judgment. Doc. 1. Plaintiff is proceeding pro se and has not requested to proceed in forma pauperis or paid the filing fee. The magistrate judge, screening the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B), noted that deficiency and issued a report and recommendation that plaintiff's claims be dismissed with prejudice. Doc. 3. Specifically, the magistrate judge found that plaintiff's allegations failed to state a claim and deemed them frivolous. *Id.* at 3–4. The magistrate judge also warned that future filings of frivolous cases may result in sanctions. *Id.* at 4. Thereafter, plaintiff filed a letter regarding his case that the court liberally construes as objections. Doc. 5.

The court reviews the objected-to portions of a report and recommendation de novo. 28 U.S.C. § 636(b)(1). Conducting a de novo review, the court examines the entire record and makes an independent assessment under the law. *Id.*; Fed. R. Civ. P. 72(b)(3).

Plaintiff's response does not address the magistrate judge's report and recommendation or the sufficiency of his allegations and fails to provide any cogent meaning to his claims. Rather, plaintiff makes several statements about him being a rightful North American landowner and submits that the federal government must vacate certain properties. Doc. 5 at 2–3. These statements fail to state a viable claim. *See Westfall v. Davis*, No. 7:18-

cv-00023, 2018 WL 2422058, at *2 (N.D. Tex. May 4, 2018) ("[t]hese arguments derive from the so-called sovereign citizen movement and are legally frivolous.") *report and recommendation adopted*, 2018 WL 2414794 (N.D. Tex. May 29, 2018). Moreover, despite plaintiff's filings, the basis for this lawsuit remains unclear. He lists numerous causes of action with little factual support. Even for pro se litigants, "conclusory allegations or legal conclusions masquerading as factual conclusions" are insufficient. *Taylor v. Books A Million, Inc.*, 296 F.3d 376, 378 (5th Cir. 2002) (internal quotations omitted). As such, Plaintiff's objections are meritless.

For the portions of the magistrate judge's report that are unobjected to, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), advisory committee notes to 1983 addition. Having reviewed the remainder of the record and finding no clear error, the court accepts the magistrate judge's report and recommendations (Doc. 3). Plaintiff's claims are dismissed with prejudice. Further, plaintiff is warned that filing future frivolous actions may result in sanctions.

*So ordered by the court on September 22, 2025.*

J. Campbell Barker
United States District Judge